UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-3010

ANTHONY L. ERIE,

Appellant

v.

COUNTY OF CRAWFORD, COMMONWEALTH OF PENNSYLVANIA;
GORDON R. MILLER, JUDGE;
FRANCIS J. SHULTZ, DISTRICT ATTORNEY;
RODGER M. BAUER, ASST. DISTRICT ATTY.;
PAULA C. DIGIACOMO, FIRST ASST. D.A.

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 04-cv-00139)
District Judge: Honorable Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
January 12, 2006

BEFORE: SLOVITER, SMITH and VAN ANTWERPEN, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the judgment of the district court entered June 1, 2005, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

Chief Deputy Clerk

DATED: January 13, 2006

Certified as a true copy and issued in lieu of a formal mandate on 2/6/06

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit